**Jonathan Marc Davidoff, Esq.**
Admitted in New York and Florida
**Danielle Shayne Shapero, Esq.**
Admitted in New York

DAVIDOFF LAW FIRM
FLORIDA • NEW YORK

**Aaron R. Resnick, Esq.**
Admitted in Florida, of Counsel
**Derek A. Schwartz, Esq,**
Admitted in Florida, of Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/20/2026

November 19, 2026

via ECF and Email Only (Lisa_N_Lee@nysd.uscourts.gov)
Hon. Nelson S. Román
United States District Court, Southern District of New York

MEMO ENDORSED

**Re:** *Gridkor, LLC, et al. v. Jonathan Jacobs, et al.*, Case No. 7:26-mc-00181-NSR
*Gridkor, LLC, et al. v. Jonathan Jacobs, et al.*, Case No. 7:26-mc-00329-PMH
Request to Advance or Adjourn Hearing on Order to Show Cause (ECF No. 15)

Dear Judge Román:

This Firm represents non-party Michelle Brody Jacobs in the above-referenced proceedings. This letter is written to respectfully request that the Court advance the hearing on the Order to Show Cause for an Order Vacating or Modifying the Restraint on Non-Party Michelle Brody Jacobs's Brokerage Account (ECF No. 15), which is currently scheduled for December 16, 2026, at 3:00 p.m. to December 15, 2026 at 10:30am,

I communicated with Daniel F. Florio, Jr., Esq. of Jasne & Florio, L.L.P., counsel for the Plaintiffs and requested that the hearing be advanced because I am scheduled to travel out of the country on December 16, 2026. Mr. Florio confirmed that the Plaintiffs are available for the hearing to be conducted on December 15, 2026, at 10:30 a.m. and did not raise an objection to the change of dates.

This is the first request for an adjournment of the hearing on the Order to Show Cause. The requested change will not affect any other scheduled date in these proceedings and was at the request of me based on my travel schedule.

Ms. Brody and undersigned thank the Court for its time and consideration of the instant request.

Respectfully submitted,

*/JMD/*

Jonathan Marc Davidoff, Esq.

cc: All counsel of record (via ECF)

Counsel's request to advance the date of the hearing currently scheduled for December 16, 2026, at 3 p.m., is GRANTED on consent of opposing counsel. The hearing shall be conducted on December 10, 2026, at 2:00 p.m., before the Honorable Nelson S. Román, in Courtroom 218 of the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 16. SO ORDERED.

Dated: November 20, 2026
White Plains, NY

Nelson S. Román, U.S. District Judge

228 East 45th Street
Suite 1110
New York, NY 10017
Tel: (212) 587-5971
Fax: (212) 658-9852

100 North Biscayne Blvd
Suite 1607
Miami, FL 33132
Tel: (305) 672-7495
Fax: (305) 718-0647

www.DavidoffLawFirm.com